# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 59 MAL 2019

             Respondent     :

                             :   Petition for Allowance of Appeal from
                             :   the Order of the Superior Court

             v.                  :

                             :

KWAME LAMAR BARNES,       :

                             :

             Petitioner       :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.